CJF12.14.18
PCM/LM: USAO2018R00513

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
CLERK'S OFFICE
AT BALTIMORE

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. ELH-18-0625 |
| | BY * K DEPUTY |
| v. | * (Conspiracy to Distribute and Possess |
| | * With Intent to Distribute a Controlled |
| MICHAEL TALLEY, SR., | * Substance, 21 U.S.C. § 846; Distribution |
| SHANNON FLINT | * of a Controlled Substance, 21 U.S.C. § |
| a/k/a "Shambo," | * 841(a)(1) & 18 USC § 841(b)(1)(A)(iii); |
| KANAKIA FEAGINS | * Aiding and Abetting, 18 U.S.C. § 2) |
| a/k/a "Florida," | * |
| JAMES HILL | * |
| a/k/a "Don," and | * |
| MICHAEL TALLEY, JR. | * |
| | * |
| Defendants | * |

*******

## INDICTMENT

### COUNT ONE
(Conspiracy)

The Grand Jury for the District of Maryland charges:

From on or about May 2018, and continuing through on or about the filing of this indictment, in the District of Maryland and elsewhere, the Defendants,

**MICHAEL TALLEY, SR.,**
**SHANNON FLINT**
**a/k/a "Shambo,"**
**KANAKIA FEAGINS**
**a/k/a "Florida,"**
**JAMES HILL**
**a/k/a "Don," and**
**MICHAEL TALLEY, JR.**

did knowingly combine, conspire, confederate and agree with persons known and unknown to the Grand Jury to knowingly, intentionally and unlawfully distribute and possess with intent to distribute two hundred and eighty grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and a mixture and

1

substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) & 18 USC § 841(b)(1)(A)(iii). 21 U.S.C. § 846

## COUNT TWO
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about June 7, 2018, in the District of Maryland, the Defendant,

**JAMES HILL**
**a/k/a "Don,"**
**KANAKIA FEAGINS**
**a/k/a "Florida,"**
**SHANNON FLINT**
**a/k/a "Shambo," and**
**MICHAEL TALLEY, SR.**

did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

3

## COUNT THREE
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about June 20, 2018, in the District of Maryland, the Defendant,

**KANAKIA FEAGINS
a/k/a "Florida,"
JAMES HILL
a/k/a "Don," and
MICHAEL TALLEY, SR.**

did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a

mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled

substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

4

## COUNT FOUR
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about August 2, 2018, in the District of Maryland, the Defendant,

**SHANNON FLINT**
**a/k/a "Shambo," and**
**MICHAEL TALLEY, SR.**

did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a

mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled

substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

5

## COUNT FIVE
### (Distribution of a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about October 25, 2018, in the District of Maryland, the Defendants,

**MICHAEL TALLEY, JR., and
MICHAEL TALLEY, SR.,**

did knowingly and intentionally distribute and possess with the intent to distribute a quantity of a

mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled

substance.

21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

Robert K. Hur
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

Foreperson

Date: 12 / 8 · 18