AO 442 (Rev. 11/11) Arrest Warrant

FILED
~~U.S. DISTRICT COURT~~
DISTRICT OF MARYLAND
2018 DEC 18 AM 4: 58
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. *EUH-18-0625* |
| Michael Talley, Jr. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Michael Talley, Jr.

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, Distribution of a Controlled Substance

Date:    12/18/2018

_____
*Issuing officer's signature*

City and state:    Baltimore, Maryland

J. Mark Coulson, U.S Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 12/19/18 , and the person was arrested on *(date)* 12/19/18
at *(city and state)*    Baltimore, MD .

Date: 12/19/18

_____
*Arresting officer's signature*

Lisa Christy, ATF
*Printed name and title*