AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# UNITED STATES DISTRICT COURT
for the

District of Maryland

2018 DEC 18  AM 4: 58

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| United States of America | ) |
| v. | ) |
| | ) |
| Michael Talley, Sr. | ) |
| | ) |
| | ) |
| | ) |

Case No. ELH-18-0625

_____
Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Michael Talley, Sr.                                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance, Distribution of a Controlled
Substance

Date:    12/18/2018

_____
Issuing officer's signature

City and state:    Baltimore, Maryland

J. Mark Coulson, U.S Magistrate Judge
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* 12/18/18 , and the person was arrested on *(date)* 12/19/18 |
| at *(city and state)* Baltimore . |
| Date: 12/19/18 |

_____
*Arresting officer's signature*

Lisa Christy, ATF
*Printed name and title*