**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 DEC 20  PH 12: 54

CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | | | |
| | * | | |
| v. | | **Case No.** | **ELH-18-625** |
| | * | | |
| **MICHAEL TALLEY, SR.** | * | | |

\* \* \* \* \* \*

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this ___19th___ day of ___December___, ___2018___, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

_____
J. Mark Coulson
United States Magistrate Judge