**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
BALTIMORE, MD

UNITED STATES OF AMERICA

\*

vs.

\*                    Case No.    ELH-18-625

\*

MICHAEL TALLEY SR.

\*

\*\*\*\*\*\*

### ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _Michael Oppenheimer_ *AFPD*, and the Government was represented by

Assistant United States Attorney _Patricia McIane_, it is

**ORDERED**, this _18th_ day of _December 2018_, that the above-

named defendant be, and the same hereby is, DETAINED by agreement of the parties without

prejudice to either side requesting a prompt hearing to set appropriate conditions of release or

otherwise address the detention of the defendant.

_____
Choose a Judge.
United States Magistrate Judge