

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Lindsey McCulley* | *Suite 400* | DIRECT: 410-209-4948 |
| *Assistant United States Attorney* | *36 S. Charles Street* | MAIN: 410-209-4800 |
| *Lindsey.McCulley@usdoj.gov* | *Baltimore, MD 21201-3119* | FAX: 410-962-0717 |

April 12, 2019

The Honorable Catherine C. Blake
101 West Lombard Street
Baltimore, MD 21201

      RE:    *United States v. Michael Talley Sr., et al.*
              Criminal Number CCB 18-00625

Dear Judge Blake:

      I am writing to provide the Court with a status update in the above-referenced case. All five defendants have now had their initial appearances, with Ms. Feagins being the final one on March 15, 2019. All discovery agreement have been signed and the Government has provided discovery to the defendants. It is the Government's understanding that each of the defendants are engaging in plea negotiations with the Government and the parties would like additional time to work on resolutions of the cases. The Government would suggest another status report due on May 24, 2019.

      Please let us know if there are any questions.

                        Very truly yours,

                        Robert K. Hur
                        United States Attorney

                            /s/

                        Lindsey McCulley
                        Assistant United States Attorney

Cc:
Counsel of records through CM/ECF