

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Lindsey McCulley*
*Assistant United States Attorney*
*Lindsey.McCulley@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4948*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*

July 19, 2019

The Honorable Catherine C. Blake
101 West Lombard Street
Baltimore, MD 21201

   RE: *United States v. Michael Talley Sr., et al.*
     Criminal Number CCB 18-00625

Dear Judge Blake:

   I am writing to provide the Court with a status update in the above-referenced case. One defendant, Shannon Flint, has pleaded guilty pursuant to a plea agreement. Another defendant, Michael Talley, Sr., is set to plead guilty pursuant to a plea agreement on July 22, 2019. The Government has made a written plea offer to Michael Talley, Jr. A Superseding Indictment on June 25, 2019 added Jerrod Bobbitt to the Indictment. He had his initial appearance on June 26, 2019. It is the Government's understanding that the remaining defendants are still interested in engaging in plea negotiations with the Government and the parties would like additional time to work on resolutions of the cases. The Government would suggest another status report due on September 6, 2019.

   Please let us know if there are any questions.

               Very truly yours,

               Robert K. Hur
               United States Attorney

                 /s/
               Lindsey McCulley
               Assistant United States Attorney

Cc:
Counsel of records through CM/ECF