**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | | **CCB-18-0625** |
| | * | |
| **MICHAEL TALLEY, SR.** | * | |
| | * | |

**MOTION FOR DETENTION HEARING**

The Defendant, Michael Talley, Sr., by and through his attorneys, James Wyda, Federal Public Defender for the District of Maryland, and Christian Bryan Lassiter, Assistant Federal Public Defender, respectfully moves this Honorable Court to set a detention hearing pursuant to 18 U.S.C. § 3143(a)(1) and Fed. R. Crim. Pro. § 32.1(a)(6). In support of this motion, he states the following:

1. On December 19, 2018, Mr. Michael Talley, Sr. had his initial appearance in federal court on an Indictment alleging that he violated 21 U.S.C. § 846. *See* ECF No. 12.

2. Mr. Talley Sr.'s initial appearance was on December 19, 2018. Mr. Talley, Sr. consented to detention and a detention order was issued by agreement. ECF No. 23. Mr. Talley, Sr. has been detained at the Chesapeake Detention Facility (CDF), since his initial appearance.

3. On, Mr. Talley, Sr. pleaded guilty to Count 1 of the Indictment in violation of 21 U.S.C. § 846. *See* ECF No. 95. Mr. Talley, Sr. is still pending sentence pursuant to the plea agreement in this case.

4. Mr. Talley Sr.'s sentencing date has not been set, as the procedure of this instant matter was postponed pursuant to the Court's Standing Orders and the ongoing Pandemic.

1

5. The parties in the instant matter have had numerous conversations over the past week in regards to Mr. Talley Sr.'s incarceration and the possibility of agreeing on conditions that might be acceptable to the Government.

6. Mr. Talley, Sr., has a number of underlying conditions that would make his contracting the COVID-19 virus extremely dangerous, and potentially fatal. As this Court is certainly aware, COVID-19 has made its way back inside of CDF recently (if it ever really was eradicated from that facility at all). Several inmates and dozens of staff have been recently infected. With these thoughts in mind, defense counsel sought conditions that would allow for Mr. Talley, Sr.'s release, as is the case for the remaining co-defendants that have yet to resolve the instant matter.

7. After some back and forth, along with Danielle Sanger of Pretrial Services vetting the proposed third-party custodian, the following conditions have been agreed upon for the release of Mr. Talley, Sr.:

   a. Report on a regular basis to the supervising officer. The defendant shall promptly obey all reasonable directions and instructions of the supervising officer.
   b. The defendant is placed in the third-party custody of Towanda Grant-Cunningham and reside at an address approved by the Pretrial Services Office.
   c. Abide by the following restrictions on personal association, place of abode, or travel: Travel restricted to the District of Maryland.
   d. Avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, including but not limited to: Co-defendants.
   e. Refrain from possession of any firearms, destructive devices or dangerous weapons.
   f. Undergo medical or psychiatric treatment: as directed by Pretrial Services.
   g. Refrain from any use of alcohol.
   h. Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.

    i. Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.

    j. Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

    k. Submit to a location monitoring program restricted to the residence except for medical purposes, court appearances, meetings with counsel, or other activities specifically approved by the court.

    l. Comply with all directives from federal, state, or local government pertaining to public health, including COVID-19.

8. It should be noted that Pretrial Services cites a 1992 Possession with Intent to Distribute conviction for the proposed third-party custodian as grounds for objecting to Ms. Grant-Cunningham being the proposed third-party custodian. The parties were made aware of this concern on the part of Pretrial Services and asked that the proposed third-party custodian be vetted further.

9. Ms. Towanda Grant-Cunningham (Mr. Talley Sr.'s sister) owns and operates a drug treatment program in Baltimore City, which includes both residential and outpatient treatment programming at two separate locations. Those businesses were vetted and found legitimate by Pretrial Services, this providing the Government all the assurances the Government would need as to Ms. Grant-Cunningham being a suitable third-party custodian.

10. Mr. Talley, Sr. would reside with his sister (Towanda Grant-Cunningham), taking care of their elderly mother, who has since become too fragile for the assisted living facilities she was formerly residing in.

11. Finally, whereas the parties are in agreement as to Mr. Talley, Sr.'s release conditions, the undersigned respectfully requests this Court grant this motion and order Mr. Talley Sr.'s release under the proposed conditions set forth above.

12. To date, Mr. Talley, Sr. has not previously requested a detention hearing, nor has he exercised his right to have a detention hearing. He now requests said hearing pursuant to 18 U.S.C. § 3143(a)(1) and Fed. R. Crim. Pro. § 32.1(a)(6).

WHEREFORE, Mr. Talley, Sr. respectfully requests that this Court grant his release or, in the alternative, schedule a hearing in this matter.

Respectfully submitted,

JAMES WYDA

Federal Public Defender for the District of Maryland

/s/

_____

Christian Bryan Lassiter (#805576)
Assistant Federal Public Defender
Office of the Federal Public Defender
100 S. Charles Street, Tower II, Floor 9
Baltimore, MD 21201
Telephone: 410-962-3962